No. 229. TENNESSEE, ALABAMA & GEORGIA RAILROAD COMPANY *v.* W. M. DRAKE. Error to the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss submitted October 10, 1921. Decided October 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444; (2) Section 3, Act of September 6, 1916, c. 448, 39 Stat. 726,

**727.** *Mr. Samuel Bosworth Smith* and *Mr. George E. Maddox* for plaintiff in error. *Mr. George Westmoreland* for defendant in error.